IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Henderson, Thomas G

Printed: 02/24/09

Case Number: 08 B 08536
Judge: Goldgar, A. Benjamin
Filed: 4/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 30, 2008
Confirmed: July 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,050.00 |  |
| Secured: |  | 5,070.19 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,699.20 |
| Trustee Fee: |  | 470.61 |
| Other Funds: |  | 1,810.00 |
| Totals: | 9,050.00 | 9,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,699.20 | 1,699.20 |
| 2. | CitiMortgage Inc | Secured | 1,240.00 | 761.00 |
| 3. | Rescap Mortgage | Secured | 5,849.60 | 3,589.95 |
| 4. | CitiMortgage Inc | Secured | 1,922.36 | 40.09 |
| 5. | Rescap Mortgage | Secured | 32,766.17 | 679.15 |
| 6. | ECast Settlement Corp | Unsecured | 118.09 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 25.42 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 70.38 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 61.80 | 0.00 |
| 10. | Ameritech | Unsecured |  | No Claim Filed |
| 11. | Associated St James Radiologis | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Department of Veteran Affairs | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | Well Group Health Partners | Unsecured |  | No Claim Filed |
| 16. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
|  |  |  | $ 43,753.02 | $ 6,769.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 470.61 |
|  | $ 470.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Henderson, Thomas G | Case Number:  08 B 08536 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  4/8/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*